◼    JOHN PAPA, Individually and in His Representative Capacity as President of the CSEA of Yonkers, Inc., Appellant, v PAT RAVO, as City Manager of Yonkers, et al., Respondents.—Judgment of the Supreme Court, Westchester County, dated January 18, 1979, affirmed, with costs (see *Papa v Ravo,* 69 AD2d 1020, mot for lv to app den 47 NY2d 709; cf. *Papa v Ravo,* 70 AD2d 59). Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.